1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7014
7       FAX: (415) 436-7234
        Julie.Garcia@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-403 EMC |
| Plaintiff, | |
| v. | STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER |
| OSCAR VANEGAS and ANGELITO VASQUEZ MALLARI, a/k/a "ALVIN," | |
| Defendants. | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, as stated on the record at the status conference on August 30, 2017, that the time between August 30, 2017, and October 25, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Excluding time until October 25, 2017, will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

IT IS SO STIPULATED.

DATED: September 1, 2017

BRIAN J. STRETCH
United States Attorney

_____/s/_____
JULIE D. GARCIA
Assistant United States Attorney

DATED: September 1, 2017

_____/s/_____
GIL EISENBERG
Counsel for Defendant
ANGELITO VASQUEZ MALLARI

# [PROPOSED] ORDER

As explained on the record during the August 30, 2017 status conference, the Court finds that the exclusion of the period from August 30, 2017, to October 25, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 9/14/17



HON. EDWARD M. CHEN
United States District Judge

ORDER EXLUDING TIME
Case No. CR 17-403 EMC