1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JULIE D. GARCIA (CABN 288624)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6758
7      FAX: (415) 436-7234
       Julie.Garcia@usdoj.gov
8
   Attorneys for United States of America

9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )   NO. CR 17-394 EMC-2
                                        )   NO. CR 17-403 EMC-1
14         Plaintiff,                   )
                                        )
15      v.                              )
                                        )
16  OSCAR VANEGAS,                      )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE AND EXCLUDE TIME AND
17         Defendant.                   )   [PROPOSED] ORDER
                                        )
18                                      )
                                        )
19

20                                **STIPULATION**

21       The parties in the above-captioned matters are set for a status conference on March 28, 2018.
22  The parties now respectfully request that the status conference be continued to April 25, 2018, and that
23  the matter be set for a change of plea on that date. The parties further stipulate that the time between
24  March 28, 2018, and April 25, 2018, should be excluded under the Speedy Trial Act, 18 U.S.C.
25  § 3161(h)(7)(B)(iv).
26       Defense counsel will be out of the office the week of April 2, 2018, and needs additional time to
27  discuss the proposed resolution of the case with the defendant. In addition, defense counsel has an all-
28  day hearing on the Court's next available date of April 18, 2018. Accordingly, excluding time until

April 25, 2018, will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and will allow the defendant continuity of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: March 27, 2018

ALEX G. TSE
Acting United States Attorney

/s/
JULIE D. GARCIA
Assistant United States Attorney

DATED: March 27, 2018

/s/
SARA RIEF
Counsel for Defendant
OSCAR VANEGAS

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the status conference in the above-captioned matters be continued from March 28, 2018, to April 25, 2018, and that the matters be set for a change of plea on that date.

For the reasons given in the parties' stipulation, the Court finds that the exclusion of the period from March 28, 2018, to April 25, 2018, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny defendant continuity of counsel and deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 3/27/2018

HON. EDWARD CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*