STUART HANLON, CSBN: 66104
SARA RIEF, CSBN: 227279
Law Office of Hanlon & Rief
1663 Missions St, 2nd Floor
San Francisco, CA 94103

Attorney for Defendant
OSCAR VANEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 17-00394; CR 17-00403 EMC |
| | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| OSCAR VANEGAS, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by the parties that the status conference hearing for CAP eligibility set in the above-referenced matters for June 27, 2018 at 2:30 p.m. be continued to July 18, 2018 at 2:30 p.m. to allow for Pretrial Services to continue their determination of CAP eligibility. The parties received an email from Pretrial Services requesting the additional time to complete their assessment and have no objection. Mr. Vanegas continues to remain out of custody in Newbridge drug treatment.

Dated: June 25, 2018            /s/
                                SARA RIEF
                                Attorney for Defendant
                                OSCAR VANEGAS

Dated: June 25, 2018

                                /s/
                                Assistant United States Attorney
                                JULIE GARCIA

*STIPULATION AND PROPOSED ORDER*
*U.S. v. Oscar Vanegas*

## ORDER

GOOD CAUSE HAVING BEEN SHOWN,

**IT IS HEREBY ORDERED** that the status hearing set for June 27, 2018 at 2:30 p.m. be continued until July 18, 2018 at 2: 30 p.m. to allow for completion of the CAP assessment.

Dated: 6/26/2018

_____
Honorable Judge Edward M. Chen
UNITED STATES DISTRICT COURT



*STIPULATION AND PROPOSED ORDER*
*U.S. v. Oscar Vanegas*